**CHANGE OF JURISDICTION**  **JURY DEMAND**

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**COMPLAINT FORM**

FEB 28 2022 AM 10:30
FILED-USDC-CT-New Haven

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Robert W. Johnson, plaintiff.

v.

Case No. 3:21 cv 313 (SALM)
(To be supplied by the Court)

Stephen Moschouris, Amtrak, Stephen J. Gardner, Christopher R. Beall, Yvonne Brathwaite Burke, Thomas C. Carper, Anthony R. Coscia, Albert DiClemente, Laura Mason,

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. __Robert W. Johnson__ is a citizen of __New York__ who
   (Plaintiff)                                (State)
   presently resides at __112 Court St. ; APT 2 ; Watertown, NY 13601__
                         (mailing address)

2. Defendant __Stephen Moschouris__ is a citizen of __New York__
   (name of first defendant)                       (State)
   whose address is __525 EAST STREET ; 4TH FLOOR ; RENSSELAER, NY 12144__.

Defendants:

Scot Naparstek, Dennis Newman, Steve Predmore, Olana Spain, Tracie Winbigler, Christian Zacariassen, Roger Harris, Eleanor D. Acheson, Bruno Maestri, William J. Flynn & Consolidated Rail Corporation.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Stephen Maschouris and Amtrak and all other listed defendants violated Robert W. Johnson rights and have denied liability for injury reports

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Robert W. Johnson was injured at a Syracuse Amtrak Station : 1 WALSH CIRCLE : SYRACUSE, NY 13208 due to icy weather conditions on the train station platform. All parties deny liability for Robert W. Johnson injuries, lost wages and lost of liberty from 12/20/2022 to date

**Claim II:** All defendants deny Robert W. Johnson prescence and purchase of Amtrak train ticket

Supporting Facts:

3

_Robert W. Johnson_
Original signature of attorney (if any)

Robert W. Johnson
Printed Name

_Robert W. Johnson_
Plaintiff's Original Signature

Robert W. Johnson
Printed Name

( ) 213-304-4680
Attorney's full address and telephone
112 COURT ST, APT.2 WATERTOWN, NY 13601
Email address if available

( ) 213-304-4680
Plaintiff's full address and telephone
112 COURT ST, APT.2 WATERTOWN, NY 13601
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __New York__ on __02/17/2022__.
             (location)              (date)

_Robert W. Johnson_
Plaintiff's Original Signature

(Rev.3/29/16)

5

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, served a copy of Complaint Form, IFP Application & Civil Cover Sheet on 02/17/2022 upon:

1. Court Clerk; U.S. Courthouse; 141 Church St.; New Haven, CT 06510.

Robert W. Johnson
Robert W. Johnson

02/17/2022